IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMY DALE HAMPTON, JR.;
WALDO MCWANE;
JERRY EAVES                                                                   PLAINTIFFS

VS.                              NO. 3:17-CV-0018 JM

CITY OF EARLE, ARKANSAS, ET AL.                                               DEFENDANTS

## ORDER

Pending is the Plaintiffs' motion to dismiss. (Docket # 36). For good cause shown, this case is dismissed with prejudice. The Court will retain jurisdiction of this matter to enforce the terms and provisions of the Settlement Agreement in the event any dispute arises after the entry of dismissal.

IT IS SO ORDERED this 8th day of May, 2017.

_____
James M. Moody Jr.
United States District Judge