# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TOMMY DALE HAMPTON,
WALDO MCWANE and
JERRY EAVES                                                                    PLAINTIFFS

V.                                          3:17CV00018 JM

CITY OF EARLE, ARKANSAS, et al.                                         DEFENDANTS

## JUDGMENT

Plaintiff's motion to enforce the settlement agreement was tried to the Court on October 29, 2018, the Honorable James M. Moody, Jr. presiding. For the reasons stated on the record, the Court finds in favor of Plaintiff Waldo McWane. Mr. McWane will have and recover from Defendant, the City of Earle, Arkansas, one thousand, two hundred and twenty-five dollars ($1,225.00). Additionally, the Court finds that Mr. McWane was not terminated for cause by the City of Earle, Arkansas in May-June, 2017. Further, the City did not have good cause to fail to re-hire Mr. McWane as set forth in the settlement agreement between the parties.

IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED, that Plaintiff's motion to enforce settlement agreement is granted as stated herein, the complaint is dismissed with prejudice. The Court will retain jurisdiction for sixty (60) days to resolve any post-trial motions.[1]

IT IS SO ORDERED this 1st day of November, 2018.

_____
JAMES M. MOODY, JR.

---

[1] The deadlines for filing post-trial motions set forth in the Federal Rules of Civil Procedure are not extended by the Court's retention of jurisdiction.

UNITED STATES DISTRICT JUDGE